**DUFOUR & CO. vs. MEFFRE.**

APPEAL FROM THE PARISH COURT FOR THE PARISH AND CITY OF

NEW ORLEANS.

Judgment affirmed; on the abandonment of part of the defence and admissions of the defendant.

This is an action by Dufour & Co., acting for the late firm of Dufour freres, on a promissory note signed by the firm of P. Parcé & Meffré. Parcé having failed and only part of the note and debt being paid, this suit was instituted against the defendant as a separate partner.

There were some exceptions filed and a show of defence made at first, which vanished at the trial. But the defendant appealed from judgment against him.

· *Castera*, for the plaintiffs.

*Preaux*, contra.

*Simon, J.* delivered the opinion of the court.

The facts of this case as admitted by both parties, show that the plaintiffs are clearly entitled to a judgment for the amount sued for. They seek to recover the balance of a debt formerly due by the commercial firm of Parcé & Meffré, to Dufour freres. Parcé having failed after the dissolution of the partnership, the debt was carried on his schedule, and a part of it was paid by his insolvent estate, for which credit is allowed in the petition. The signatures to the notes sued on are admitted; and it is also admitted that the plaintiffs are the liquidating partners of the firm of Dufour freres. No defence whatever is set up; and the exceptions originally filed by the defendant seem to have been abandoned by the subsequent proceedings; and the material ones cured by the admissions.

No reason has been shown and we are unable to discover any, why the judgment of the court below should be disturbed.

It is therefore ordered, adjudged and decreed that the judgment of the Parish Court be affirmed with costs.